IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:11-CR-036 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | 18 U.S.C. § 1343 |
| ANN M. KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Wire Fraud)**

1. At all times material, the defendant, ANN M. KELLY, was the Secretary-Treasurer of the American Federation of Government Employees (AFGE) Local 2814.

2. Between on or about November 26, 2002, and on or about December 20, 2007, in the Southern District of Iowa, ANN M. KELLY did knowingly devise and intend to devise a scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses by making online payments on her personal credit cards using the bank account belonging to AFGE Local 2814.

3. Between on or about November 26, 2002, and on or about December 20, 2007, for the purpose of executing and attempting to execute the scheme to defraud, the defendant, ANN M. KELLY, did transmit in interstate commerce, by means of a wire communication, that is, internet online payments totaling $23,436.28 from the AFGE bank account at People's National Bank in Council Bluffs, Iowa, to her personal AFGE Platinum MasterCard account in Carol Stream,

Illinois, and to her personal Discover Platinum account in Wilmington, Delaware.

This is a violation of Title 18, United States Code, Section 1343.

                                                Nicholas A. Klinefeldt
                                                United States Attorney

By: ███████████████

                                                Assistant United States Attorney